**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| | |
|---|---:|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT ST. ROOM 2060<br>NEWARK, NJ 07102 |

May 7, 2019

**LETTER ORDER**

Re:   **FARRINGTON v. ORANGE POP MEDIA LLC**
      **Civil Action No. 18-14136 (CCC)**

Dear Counsel:

As discussed during the conference held in the above-captioned matter earlier today, the Court directs the following:

1. The Court will conduct a telephone conference with the parties on **June 5, 2019 at 12:00 P.M.** Counsel for Plaintiff shall initiate the call. Prior to the call, the parties shall meet and confer and arrange to exchange all information that may be of assistance in discussing settlement. Formal discovery in this matter is stayed pending further Order of the Court. The call will be to discuss whether a settlement conference should be conducted.

2. The Court will conduct a settlement conference with the parties on **June 25, 2019 at 10:00 A.M.** All counsel and clients with full settlement authority shall be present, in person at the conference. By no later than **June 21, 2019**, the parties are to submit separate confidential *ex parte* settlement position papers not to exceed **five (5) pages**. Such letters are not to be filed, but are to be sent directly to Chambers via email (**JBC_Orders@njd.uscourts.gov**).

1

**IT IS SO ORDERED.**

s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**
